IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 6:20-cv-03408-MDH |
| | ) |
| EDP ENTERPRISES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 14). The parties stipulate that this action should be dismissed in full and including all claims of Plaintiff, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear and pay her/its own attorneys' fees and costs, and the Plaintiff specifically waiving any further pursuit of recovery of attorneys' fees or attorneys' fees being taxed as costs.

WHEREFORE, the Court **GRANTS** the parties' Joint Stipulation for Dismissal With Prejudice and hereby dismisses this case in its entirety, with prejudice, and with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

DATED: June 22, 2021

                                                  */s/ Douglas Harpool*
                                                    DOUGLAS HARPOOL
                                                UNITED STATES DISTRICT JUDGE